UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

KENT B.,

                Plaintiff,

          v.                                5:20-CV-751
                                                               (DJS)

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
_____

**APPEARANCES:**                            **OF COUNSEL:**

LAW OFFICES OF STEVEN R. DOLSON     STEVEN R. DOLSON, ESQ.
Attorney for Plaintiff
126 North Salina Street, Suite 3B
Syracuse, New York 13202

SOCIAL SECURITY ADMINISTRATION      NICOLE SONIA, ESQ.
Attorney for Defendant
J.F.K. Federal Building, Room 625
15 New Sudbury Street
Boston, Massachusetts 02203

**DANIEL J. STEWART**
**United States Magistrate Judge**

# ORDER

The Complaint in this action was filed on July 6, 2020. Dkt. No. 1. The parties stipulated for the matter to be remanded to the Commissioner for further proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). Dkt. No. 18. The Court ordered the matter reversed and remanded, and judgment was entered in Plaintiff's favor. Dkt. Nos. 19 & 20. Plaintiff has now filed a Motion for Attorneys' Fees under the Equal Access to Justice Act. Dkt. No. 21. The Motion seeks that the fee award be paid directly

- 1 -

to counsel. *Id.* Defendant does not oppose the Motion, and has no objection to paying fees directly to counsel if at the time of the Order, Plaintiff does not owe a debt to the government that is subject to offset. Dkt. No. 23.

Based on the foregoing, Plaintiff is awarded attorneys' fees under the Equal Access to Justice Act (EAJA) (28 U.S.C. § 2412, *et seq.*) in the amount of $3,987.65. It is further ordered that payment will be made directly to Plaintiff's attorney pursuant to the agreed upon assignment from Plaintiff. *See* Dkt. No. 21-4.

**IT IS SO ORDERED**.

Dated: June 23, 2021
      Albany, New York

Daniel J. Stewart
U.S. Magistrate Judge